IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 2315878/EC14

UNITED STATES OF AMERICA,  )
                                            )
v.                                   )      ORDER

JOSHUA C. GAWEDA,  )
                                            )
Defendant.           )

FILED
DEC 13 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Where defendant failed to respond to the notice of a mandatory appearance in the United States District Court for the Eastern District of North Carolina, the court now orders defendant to show cause why defendant should not be held in contempt of court on the grounds that defendant failed to appear December 13, 2012 for arraignment and sentencing of case 2315878/EC14.

IT IS ORDERED that defendant appear before this court at **8:30 a.m.** on **February 6, 2013**, at the **United States Courthouse Annex, 2 Princess Street, Wilmington**, to show cause why defendant should not be held in criminal contempt.

The United States Marshal for the Eastern District of North Carolina shall serve a certified copy of this order upon said defendant and report his service thereof to the court.

SO ORDERED, this the 13th day of December, 2012.

_____
ROBERT B. JONES, JR.
United States Magistrate Judge